**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JUL 24 2017

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 17 - 57 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | SEXUAL EXPLOITATION OF A CHILD |
| TIMOTHY ALLEN WEAVER, and MICHELLE ANDRA JOYNER *aka Michelle Andrea Hayden aka Michelle Andrea Dumond*, | Title 18 U.S.C. § 2251(a) (Counts 1-65) (Penalty: Mandatory minimum 15 to 30 years imprisonment, up to $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment) |
| Defendants. | SEXUAL EXPLOITATION OF A CHILD Title 18 U.S.C. §§ 2 and 2251(a) (Counts 66-74) (Penalty: Mandatory minimum 15 to 30 years imprisonment, up to $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment) |

1

|  | RECEIPT OF CHILD PORNOGRAPHY<br>Title 18 U.S.C. § 2252(a)(2)<br>(Counts 75 & 76)<br>(Penalty: Mandatory minimum five to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment)<br><br>FORFEITURE<br>Title 18 U.S.C. § 2253(a) |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1 through COUNT 65

That on or about the dates set forth in the table below, in Cascade County, in the State and District of Montana and elsewhere, the defendant, TIMOTHY ALLEN WEAVER, did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice and coerce any minor, Jane Doe, who is known to the defendant but whose name is withheld to protect her identity, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely the file identified with the associated date in the table below, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, in violation of 18 U.S.C. § 2251(a).

| COUNT | DATE | FILE |
|---|---|---|
| 1 | July 10, 2011 | {0637FB4F-FF21-4D1D-8E2F-13B41CAF989F}-SANY1461.JPG |

| | | |
|---|---|---|
| 2 | March 13, 2016 09:06:18 PM | _P_201~1.TMP |
| 3 | March 13, 2016 09:06:00 PM | _P_201~1.TMP |
| 4 | March 13, 2016 09:04:01 PM | _P_201~1.TMP |
| 5 | March 13, 2016 09:04:29 PM | _P_201~1.TMP |
| 6 | March 13, 2016 09:05:42 PM | _P_201~1.TMP |
| 7 | March 13, 2016 09:04:33 PM | WP_20160313_2 |
| 8 | March 13, 2016 09:05:51 PM | WP_20160313_2 |
| 9 | March 13, 2016 | WP_20160313_21_04_26_Pro.jpg |
| 10 | March 13, 2016 | WP_20160313_21_05_39_Pro.jpg |
| 11 | March 13, 2016 | WP_20160313_21_05_44_Pro.jpg |
| 12 | March 13, 2016 | WP_20160313_21_06_12_Pro.jpg |
| 13 | March 13, 2016 | WP_20160313_21_06_16_Pro.jpg |
| 14 | March 13, 2016 | WP_20160313_21_06_41_Pro.jpg |
| 15 | March 13, 2016 | WP_20160313_21_09_25_Pro.jpg |
| 16 | March 13, 2016 | WP_20160313_21_09_33_Pro.jpg |
| 17 | March 13, 2016 | WP_20160313_21_09_43_Pro.jpg |
| 18 | March 13, 2016 | WP_20160313_21_09_50_Pro.jpg |
| 19 | March 13, 2016 | WP_20160313_21_10_04_Pro.jpg |

| 20 | March 13, 2016 | WP_20160313_21_10_16_Pro.jpg |
| --- | --- | --- |
| 21 | March 13, 2016 | WP_20160313_21_10_45_Pro.jpg |
| 22 | March 13, 2016 | WP_20160313_21_10_47_Pro.jpg |
| 23 | March 13, 2016 | WP_20160313_21_10_47_Pro.mp4.tnl |
| 24 | March 13, 2016 | WP_20160313_21_10_53_Pro.jpg |
| 25 | March 13, 2016 | WP_20160313_21_10_53_Pro.mp4.tnl |
| 26 | March 13, 2016 | WP_20160313_21_11_03_Pro.jpg |
| 27 | March 13, 2016 | WP_20160313_21_11_03_Pro.mp4.tnl |
| 28 | March 13, 2016 | WP_20160313_21_13_10_Pro.jpg |
| 29 | March 13, 2016 | WP_20160313_21_13_10_Pro.mp4.tnl |
| 30 | March 13, 2016 | WP_20160313_21_15_28_Pro.jpg |
| 31 | March 13, 2016 | WP_20160313_21_15_31_Pro.jpg |
| 32 | March 13, 2016 | WP_20160313_21_15_31_Pro.mp4.tnl |
| 33 | March 13, 2016 | WP_20160313_21_16_10_Pro.jpg |
| 34 | March 13, 2016 | WP_20160313_21_16_10_Pro.mp4.tnl |
| 35 | March 13, 2016 | WP_20160313_21_16_15_Pro.jpg |
| 36 | March 13, 2016 | WP_20160313_21_16_15_Pro.mp4.tnl |
| 37 | March 13, 2016 | WP_20160313_21_16_19_Pro.jpg |

| 38 | March 13, 2016 | WP_20160313_21_16_19_Pro.mp4.tnl |
| 39 | March 13, 2016 | WP_20160313_21_16_24_Pro.mp4.tnl |
| 40 | March 13, 2016 | WP_20160313_21_16_53_Pro.jpg |
| 41 | March 13, 2016 | WP_20160313_21_16_53_Pro.mp4.tnl |
| 42 | March 13, 2016 | WP_20160313_21_17_02_Pro.jpg |
| 43 | March 13, 2016 | WP_20160313_21_17_02_Pro.mp4.tnl |
| 44 | March 13, 2016 | WP_20160313_21_17_10_Pro.jpg |
| 45 | March 13, 2016 | WP_20160313_21_17_10_Pro.mp4.tnl |
| 46 | March 13, 2016 | WP_20160313_21_17_23_Pro.jpg |
| 47 | March 13, 2016 | WP_20160313_21_17_23_Pro.mp4.tnl |
| 48 | March 13, 2016 | WP_20160313_21_17_28_Pro.jpg |
| 49 | March 13, 2016 | WP_20160313_21_17_28_Pro.mp4.tnl |
| 50 | March 13, 2016 | WP_20160313_21_17_36_Pro.jpg |
| 51 | March 13, 2016 | WP_20160313_21_17_36_Pro.mp4.tnl |
| 52 | March 13, 2016 | WP_20160313_21_17_41_Pro.jpg |
| 53 | March 13, 2016 | WP_20160313_21_17_41_Pro.mp4.tnl |
| 54 | March 13, 2016 | WP_20160313_21_17_48_Pro.jpg |
| 55 | March 13, 2016 | WP_20160313_21_17_48_Pro.mp4.tnl |

| 56 | March 13, 2016 | WP_20160313_21_17_53_Pro.jpg |
| 57 | March 13, 2016 | WP_20160313_21_17_53_Pro.mp4.tnl |
| 58 | March 13, 2016 | WP_20160313_21_18_06_Pro.jpg |
| 59 | March 13, 2016 | WP_20160313_21_18_06_Pro.mp4.tnl |
| 60 | March 13, 2016 | WP_20160313_21_18_10_Pro.jpg |
| 61 | March 13, 2016 | WP_20160313_21_18_10_Pro.mp4.tnl |
| 62 | March 13, 2016 | WP_20160313_21_18_14_Pro.jpg |
| 63 | March 13, 2016 | WP_20160313_21_18_14_Pro.mp4.tnl |
| 64 | March 13, 2016 | WP_20160313_21_18_21_Pro.jpg |
| 65 | March 13, 2016 | WP_20160313_21_18_21_Pro.mp4.tnl |

COUNT 66 through COUNT 74

That on or about the dates set forth in the table below, in Cascade County, in the State and District of Montana and elsewhere, the defendant, TIMOTHY ALLEN WEAVER and MICHELLE ANDRA JOYNER *aka Michelle Andrea Hayden aka Michelle Andrea Dumond*, did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice and coerce any minor, Jane Doe, who is known to the defendants but whose name is withheld to protect her identity, to engage in sexually explicit conduct for the purpose of

producing any visual depiction of such conduct, namely the file identified with the associated date in the table below, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and aided and abetted such conduct, in violation of 18 U.S.C. §§ 2 and 2251(a).

| COUNT | DATE | FILE |
|---|---|---|
| 66 | September 8, 2011 | {4BC6C66C-3E5B-48A6-8524-CC3A46C91341}-SANY1598.JPG |
| 67 | June 26, 2016 | IMG_20160626_215011.jpg |
| 68 | June 26, 2016 | IMG_20160626_215046.jpg |
| 69 | June 26, 2016 | IMG_20160626_215054.jpg |
| 70 | June 26, 2016 | IMG_20160626_215103.jpg |
| 71 | June 26, 2016 | Imgcache.0_embedded_57 |
| 72 | June 26, 2016 | Imgcache.0_embedded_58 |
| 73 | June 26, 2016 | Imgcache.0_embedded_59 |
| 74 | June 26, 2016 | Imgcache.0_embedded_62 |

## COUNT 75

That from on or about March 30, 2010, through on or about April 18, 2016, in Cascade County, in the State and District of Montana and elsewhere, the defendant, TIMOTHY ALLEN WEAVER, knowingly received any visual depiction using any means and facility of interstate and foreign commerce, and that

7

had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, namely image and video files on an eMachines computer, Model EL1300G, SN PTNAR0Y001921050969000, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b).

## COUNT 76

That from on or about May 22, 2015, through on or about April 15, 2016, in Cascade County, in the State and District of Montana and elsewhere, the defendant, TIMOTHY ALLEN WEAVER, knowingly received any visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, namely image files on a MicroSDHC media card, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b).

## FORFEITURE ALLEGATION

As a result of the commission of the crimes described above, and upon their conviction, the defendants, TIMOTHY ALLEN WEAVER and MICHELLE ANDRA JOYNER *aka Michelle Andrea Hayden aka Michelle Andrea Dumond*,

shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit the offense:

- eMachines computer, Model EL1300G, SN PTNAR0Y001921050969000,
- Polaroid Tablet, Model P900, seized from WEAVER'S residence, and
- Microsoft cellular telephone, Model RM-1073, with MicroSDHC media card, seized from WEAVER'S residence,

pursuant to 18 U.S.C. § 2253(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: _X - Both State custody_
Bail: _none_

9